IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ELECTROLUX HOME PRODUCTS, INC.

Plaintiff,

v.

ORION IP LLC,

Defendant.

Civil Action No. 1:07-cv-134

**PLAINTIFF ELECTROLUX HOME PRODUCTS, INC.'S CORRECTED NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, ELECTROLUX HOME PRODUCTS, INC., Plaintiff, by and through its counsel of record, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, prior to the service by the adverse party of an answer, and hereby dismisses the above-styled action without prejudice.

Respectfully submitted, this 25th day of January, 2008.

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 JAN 28 AM 10: 00
CLERK
SO. DIST. OF GA.

s/ John J. Ossick, Jr., Esquire
John J. Ossick, Jr.
Georgia Bar Number 555150
JOHN J. OSSICK, JR., P.C.
Post Office Box 1087
Kingsland, Georgia 31548
(912) 729-5864 phone
(912) 729-2230 facsimile
Email: ossick@tds.net

APPROVED This 28th day of January, 2008

A.A. Alaimo, Judge
U.S. District Court

Frank G. Smith, III
Georgia Bar Number 657550
Email: frank.smith@alston.com
Robert L. Lee
Georgia Bar Number 443978
Email: bob.lee@alston.com
Ryan W. Koppelman
Georgia Bar Number 428404
Email: ryan.koppelman@alston.com
Holly S. Hawkins
Georgia Bar Number 142496
Email: holly.hawkins@alston.com
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000 phone
(404) 881-7777 facsimile

*Attorneys for Plaintiff*
*Electrolux Home Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ELECTROLUX HOME PRODUCTS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:07-cv-134 |
| ORION IP LLC, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2008, I electronically filed *Plaintiff Electrolux Home Products, Inc.'s Corrected Notice of Voluntary Dismissal* with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to all attorneys of record.

s/ John J. Ossick, Jr., Esquire
John J. Ossick, Jr.
Georgia Bar Number: 555150
John J. Ossick, Jr., P.C.
Post Office Box 1087
Kingsland, Georgia 31548
912-729-5864 phone
912-729-2230 facsimile
ossick@tds.net